Docusign Envelope ID: 0AD70956-4D06-48DB-BB9F-A7DEA63E1DBA

## **CERTIFICATION**

I, Patrick Dyar, hereby certify as follows:

1. I have reviewed the Complaint against Acadia Healthcare Company, Inc. ("Acadia") and others alleging violations of the federal securities laws and have authorized its filing.

2. I did not purchase or sell securities of Acadia at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3. I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4. My transactions in the Acadia securities that are the subject of the Complaint during the Class Period are reflected in Schedule A, attached hereto.

5. I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 10/28/2024

Signed by:
*Patrick Dyar*
4A93FCAE8DEC4DF...
Patrick Dyar

# SCHEDULE A
## TRANSACTIONS IN
## ACADIA HEALTHCARE COMPANY, INC

### COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 01/27/2023 | 100.00 | 87.43 | ($8,743.00) |

### ACHC 3/17/2023 $85.00 CALL

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 01/27/2023 | -1.00 | 5.59 | $559.00 |